IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Christopher Jaffier | ) | |
| 2205 Dryden Ct | ) | |
| Waldorf, Maryland 20601 | ) | |
| *Plaintiff* | ) | Case No. JFM 12 CV 1698 |
| vs | ) | |
| NCO FINANCIAL SYSTEMS, INC | ) | |
| 7595 Montevideo Rd, Suite 110 | ) | |
| Jessup, Maryland 20601 | ) | Judge _____ |
| *Defendant* | ) | |
| | ) | Trial by Jury Demanded |

## COMPLAINT

1. Plaintiff, Christopher Jaffier ("Plaintiff"), hereby sues Defendant, NCO FINANCIAL SYSTEMS, INC ("Defendant") and alleges:

## PRELIMINARY STATEMENT

2. This is an action for damages brought by an individual plaintiff for violations of the Maryland Consumer Debt Collections Act (hereinafter "MCDCA"), Md. Code Ann., Com. Law §14-202(3); for damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA") 15 U.S.C. §1692 et seq.; for damages for violations of the Fair Credit Reporting Act (hereinafter "FCRA") 15 U.S.C. §1681 et seq.; and for damages for violations of the Telephone Consumer Protection Act (hereinafter "TCPA") Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

## JURISDICTION AND VENUE

3. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p and 15 U.S.C. § 1692k.

4. Venue is proper pursuant to 28 U.S.C. § 1391b

5. Plaintiff is a natural person and is a resident of the State of Maryland.

6. Upon information and belief Defendant is a foreign corporation, authorized to do business in Maryland.

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

8. On or around June 2011, plaintiff pulled his consumer credit reports from the three major credit reporting agencies and found entries by entities that he was unfamiliar with in the reports.

9. Plaintiff discovered that on May 5, 2011, Defendant had initiated a credit pull of Plaintiff's credit report from Transunion without permissible purpose and without his consent.

10. On or around June 6, 2011, Defendant sent Plaintiff a letter attempting to collect an alleged debt.

11. On July 7, 2011, Plaintiff sent a letter to Defendant demanding validation of the alleged debt. The letter was sent by certified mail #EG78 0430 748US and received by Defendant on July 12, 2011.

12. Defendant did not respond to plaintiff's debt validation letter.

Complaint for Violations of FCRA, FDCPA and MCDCA
Christopher Jaffier | 2205 Dryden Ct, Waldorf, Maryland 20601 | 301-221-6545 | cjaffier@hotmail.com

2

13. On July 12, 2011, Defendant called Plaintiff attempting to collect on the alleged debt.

14. On July 13, 2011 Defendant called Plaintiff again attempting to collect on the alleged debt.

## COUNT I
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT NCO FINANCIAL SYSTEMS, INC.

15. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

16. Defendant is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

17. Defendant violated the FDCPA. Defendants' violations include, but are not limited to, the following:

18. (a) Defendant violated 15 U.S.C. §1692e(2) by falsely representing the character, amount, or legal status of any debt.

19. (b) Defendant violated 15 U.S.C. §1692e(5) by threatening to take any action that could not legally be taken or that was not intended to be taken.

20. (c) Defendant violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

21. (d) Defendant violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

Complaint for Violations of FCRA, FDCPA and MCDCA
Christopher Jaffier | 2205 Dryden Ct, Waldorf, Maryland 20601 | 301-221-6545 | cjaffier@hotmail.com

3

WHEREFORE, Plaintiff demands judgment for damages against Defendant for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

## COUNT II
### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### WILLFUL NON-COMPLIANCE BY DEFENDANT
### NCO FINANCIAL SYSTEMS, INC.

22. Plaintiff repeats and re-alleges each and every allegation above.

23. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

24. Defendant is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

25. Defendant willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

    (a) Defendant willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against defendant for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT III
### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### NEGLIGENT NON-COMPLIANCE BY DEFENDANT
### NCO FINANCIAL SYSTEMS, INC.

26. Plaintiff repeats and re-alleges each and every allegation above.

27. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

Complaint for Violations of FCRA, FDCPA and MCDCA
Christopher Jaffier | 2205 Dryden Ct, Waldorf, Maryland 20601 | 301-221-6545 | cjaffier@hotmail.com

4

28. Defendant is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

29. Defendant negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

30. (a) Defendant negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against defendant for actual or statutory damages statutory damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681o.

**COUNT IV**
**VIOLATION OF MARYLAND CONSUMER DEBT COLLECTIONS ACT (MCDCA), 14-201 BY DEFENDANT NCO FINANCIAL SYSTEMS, INC.**

31. Plaintiff repeats and re-alleges each and every allegation above.

32. Plaintiff is a person within the meaning of MCDCA § 14-201(d).

33. Defendant is a collection agency within the meaning of the MCDCA § 14-201(b).

34. Defendant is a collection agency and thereby violated the MCDCA. Defendant's violations include but are not limited to, the following:

    (a) Violating MCDCA, Md. Code Ann., Com. Law §14-202(3) Disclose or threaten to disclose information which affects the debtor's reputation for credit worthiness with knowledge that the information is false and (8) by claiming, attempting, or threatening to enforce a right with knowledge that the right does not exist.

Complaint for Violations of FCRA, FDCPA and MCDCA
Christopher Jaffier | 2205 Dryden Ct, Waldorf, Maryland 20601 | 301-221-6545 | cjaffier@hotmail.com

5

WHEREFORE, Plaintiff demands judgment for damages against defendant for actual or statutory damages statutory damages, and attorney's fees and costs, pursuant to MCDCA, Md. Code Ann., Com. Law §14-203.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Date: _____

Respectfully submitted_____

Christopher Jaffier
2205 Dryden Ct
Waldorf, Maryland 20601
(301) 221-6545
cjaffier@hotmail.com

Service To:
NCO FINANCIAL SYSTEMS, INC
7595 Montevideo Rd, Suite 110
Jessup, Maryland 20601

Complaint for Violations of FCRA, FDCPA and MCDCA
Christopher Jaffier | 2205 Dryden Ct, Waldorf, Maryland 20601 | 301-221-6545 | cjaffier@hotmail.com

6