**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CHRISTOPHER JAFFIER | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-1698 |
| | * | |
| NCO FINANCIAL SYSTEMS, INC. | * | |
| | ****** | |

## ORDER

Defendant having filed a motion to dismiss on the ground that the allegations in the Complaint did not meet the requirements of Fed. R. Civ. P. 8 as interpreted by the Supreme Court in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007), plaintiff not having responded to the motion after having been advised of the consequences of a failure to do so and after having been granted an extension of time to file an opposition and an amended complaint, and it appearing that defendant's motion is meritorious, it is, this 24th day of October 2012

ORDERED

1. Defendant's motion to dismiss (document 11) is granted; and
2. This action is dismissed without prejudice.

______/s/__________________________
J. Frederick Motz
United States District Judge